**EXHIBIT 8**

**WASHINGTON JUDGMENT**

FILED
DEPT 1
IN OPEN COURT
APR 03 2025
PIERCE COUNTY, Clerk
By_____ DEPUTY

Honorable TaTeasha Davis
Special Master Bruce W. Hilyer
Trial Date: March 3, 2025

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR THE COUNTY OF PIERCE

| | |
|---|---|
| JOLENE R. KOTZERKE, individually as the surviving spouse and as Executor for the Estate of STEVEN D. KOTZERKE, deceased,<br><br>Plaintiff,<br>v.<br><br>3M COMPANY, et al.<br><br>Defendants. | No. 23-2-05287-6<br><br>**JUDGMENT ON VERDICT** |

### JUDGMENT SUMMARY

1. Judgment Creditors:  Jolene R. Kotzerke, Molly Dahlgren, and Breanna Gaynor

2. Judgment Creditor's Attorneys:  Trey Branham and Leonard Sandoval of Dean, Omar, Branham & Shirley, LLP, and

   Brian D. Weinstein, Alexandra Caggiano, and Dylan J. Johnson of Weinstein Caggiano PLLC

3. Judgment Debtor:  Asbestos Corporation Limited

4. Judgment Debtor's Attorneys:  Kevin J. Craig and Trevor J. Mohr of Gordon Rees Scully Mansukhani, LLP

5. Principal Judgment Amount:  $16,219,398.25[1]

---

[1] The Court previously determined Asbestos Corporation Limited is not entitled to setoffs or a comparative fault allocation. *See*, Findings of Fact and Law in the Matter of Plaintiffs Jolene Kotzerke et al. v. Asbestos Corporation Limited, attached as **Exhibit B**.

JUDGMENT ON VERDICT - 1

**WEINSTEIN CAGGIANO PLLC**
600 UNIVERSITY STREET, SUITE 1620
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650

   6. Costs, expenses, attorney fees:    $687.60[2]

   7. Post Judgment Interest Rate:    6.5% per annum

A damages-only bench trial was conducted on March 3, 2025. On March 18, 2025, the Court entered its Findings of Fact and Conclusions of Law, returning a verdict in the amount of $16,219,398.25 against ACL. Of this amount, $14,219,398.25 was awarded to Jolene Kotzerke individually and as Executor of the Estate of Steven D. Kotzerke, $1,000.000.00 was awarded to the Kotzerkes' daughter Molly Dahlgren, and $1,000,000.00 was awarded to the Kotzerkes' daughter Breanna Gaynor. A copy of the Court's Findings of Fact and Conclusions of Law is attached as **Exhibit B**.

Accordingly, it is Ordered, Adjudged, and Decreed that Judgment on this matter, which is the final determination of the rights of the parties in this action, is entered as follows.

1. On March 3, 2025, this Court held a bench trial on the issue of damages, resulting in Findings of Fact and Conclusions of Law issued on March 18, 2025.

2. Asbestos Corporation Limited is liable to Jolene Kotzerke, individually and as Executor of the Estate of Steven D. Kotzerke, in the amount of $14,219,398.25.

3. Asbestos Corporation Limited is liable to Molly Dahlgren in the amount of $1,000.000.00.

4. Asbestos Corporation Limited is liable to Breanna Gaynor in the amount of $1,000,000.00.

5. Pursuant to CR 54(d), Plaintiff is entitled to costs in the amount of $687.60.

///

///

---

[2] See accompanying **Exhibit A**, Bill of Costs.

JUDGMENT ON VERDICT - 2

WEINSTEIN CAGGIANO PLLC
600 UNIVERSITY STREET, SUITE 1620
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650

6. Post-Judgment interest shall accumulate on the Judgment, including taxable costs, attorney fees, and expenses, at the rate of 6.5% pursuant to RCW 4.56.110(3)(b).[3]

JUDGMENT ENTERED THIS __3rd__ day of __April__, 2025.

HONORABLE TATEASHA DAVIS

TaTeasha Davis

Presented by:

WEINSTEIN CAGGIANO PLLC

/s/ Alexandra Caggiano
Brian D. Weinstein, WSBA No. 24497
Alexandra B. Caggiano, WSBA No. 47862
Dylan J. Johnson, WSBA No. 54147
600 University Street, Suite 1620
Seattle, Washington 98101
Telephone: (206) 508-7070

And

DEAN OMAR BRANHAM SHIRLEY, LLP

/s/ Charles Branham
Charles W. Branham, III (pro hac vice)
302 North Market Street
Suite 302
Dallas, Texas 75214
Telephone (214) 722-5990
Counsel for Plaintiffs

---

[3] The prime rate for both February and March, 2025 was 4.5%.

JUDGMENT ON VERDICT - 3