Michael Trentin
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Email: mtrentin@orrick.com

*Counsel for the Petitioner Raymond Chabot Inc.,
in its capacity as Proposed Foreign Representative*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | |
| ASBESTOS CORPORATION LIMITED, | Chapter 15 |
| Debtor in a Foreign Proceeding. | Case No. 25-10934 (MG) |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned proceeding as counsel to Raymond Chabot Inc. ("Petitioner") and requests, pursuant to Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and sections 102(1) and 1109(b) of the United States Bankruptcy Code, that all notices given or required to be given in connection with the above-captioned proceeding, and all papers served or required to be served in connection therewith, be given and served upon:

David Litterine-Kaufman
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Email: dlitterinekaufman@orrick.com

PLEASE TAKE NOTICE that the forgoing requests includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in these proceedings whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

PLEASE TAKE NOTICE that this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a consent to jurisdiction of the Bankruptcy Court over Petitioner, or a waiver of any of Petitioner's substantive or procedural rights.

PLEASE TAKE NOTICE that this request is also made that the attorneys identified herein be added to the official service list for notice of call contested matters, adversary proceedings, and other proceedings in this chapter 15 case.

Dated: May 14, 2025
      New York, New York

Respectfully submitted,

*/s/ David Litterine-Kaufman*
David Litterine-Kaufman
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Email: dlitterinekaufman@orrick.com

*Counsel for the Petitioner Raymond Chabot Inc., in its capacity as Proposed Foreign Representative*