**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 15 |
| Asbestos Corporation Limited,[1] | ) Case No. 25-10934 (MG) |
| Debtor in Foreign Proceeding. | ) |

## AFFIDAVIT OF SERVICE

I, Engels Medina, depose and say that I am employed by Kroll Restructuring Administration LLC ("**_Kroll_**"), the claims, noticing, and solicitation agent for the Debtor in the above-captioned chapter 15 case.

On September 9, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Reply Memorandum of Law in Further Support of Verified Petition and Motion of Foreign Representative for (A) Recognition of the CCAA Proceeding as a Foreign Main Proceeding or, in the Alternative, as a Foreign Nonmain Proceeding, and (B) Certain Related Relief [Docket No. 81]

- Reply Declaration of Alain N. Tardif as Canadian Counsel in Response to the Asbestos Parties' Objection to Verified Petition and in Further Support of the Motion of Foreign Representative for (A) Recognition of the CCAA Proceeding as Foreign Main Proceeding or, in the Alternative, as a Foreign Nonmain Proceeding, and (B) Certain Related Relief [Docket No. 82]

- Joinder and Reply Memorandum of Certain London Market Insurers in Support of the Verified Petition and Motion of Foreign Representative for (A) Recognition of the CCAA Proceeding as a Foreign Main Proceeding or, in the Alternative, as a Foreign Nonmain Proceeding, and (B) Certain Related Relief [Docket No. 83]

- Statement of General Dynamics Corporation in Support of the Verified Petition and Motion of Foreign Representative for (A) Recognition of the CCAA Proceeding as a Foreign Main Proceeding or, in the Alternative, as a Foreign Nonmain Proceeding, and (B) Certain Related Relief [Docket No. 85]

- Foreign Representative's Fourth Status Report [Docket No. 88]

---

[1] The Debtor in this chapter 15 case, along with its unique identifier, is Asbestos Corporation Limited (Canadian Federal Business Number: 104903273RC0001). The Debtor has a registered and business address in Canada of 840 Boul. Ouellet, Thetford Mines, QC G6G 7A5, Canada.

Dated: September 19, 2025

*/s/ Engels Medina*
Engels Medina

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 19, 2025, by Engels Medina, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2029

SRF 91483

**Exhibit A**

25-10934-mg    Doc 94    Filed 09/19/25    Entered 09/19/25 20:50:35    Main Document
Pg 3 of 6

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Charles Forman, Chapter 7 Trustee for the Estate of National Services Industries, Inc. | Charles Forman, Chapter 7 Trustee for the Estate of National Services Industries, Inc. | Attn: Forman Holt<br>365 West Passaic Street<br>Rochelle Park NJ 07662 | | First-Class Mail |
| Counsel to General Dynamics Corporation | Davis Polk & Wardwell LLP | Attn: Eric Kim, Frances E. Bivens, James I. McClammy, Darren S. Klein<br>450 Lexington Ave<br>New York NY 10017 | eric.kim@davispolk.com<br>frances.bivens@davispolk.com<br>james.mcclammy@davispolk.com<br>darren.klein@davispolk.com | First-Class Mail and Email |
| Counsel to The Riverstone Companies | Dentons US LLP | Attn: Geoffrey M. Miller<br>1221 Avenue of The Americas<br>25th Floor<br>New York NY 10020 | geoffrey.miller@dentons.com | First-Class Mail and Email |
| General Dynamics Corporation | General Dynamics Corporation | 11011 Sunset Hills Road<br>Reston VA 20190 | | First-Class Mail |
| Counsel to Leslie T. Lederer, in his capacity as Chief Restructuring Office | Law Office of Steven J. Fink PLLC | Attn: Steven J. Fink<br>100 Wall Street, 15th Floor<br>New York NY 10005 | steven.fink@sjfinkpllc.com | First-Class Mail and Email |
| Counsel to First State Insurance Company, Hartford Accident and Indemnity Company and New England Reinsurance Corporation | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gary D. Bressler<br>300 Delaware Avenue<br>Suite 1014<br>Wilmington DE 19801 | gbressler@mdmc-law.com | First-Class Mail and Email |
| Counsel to First State Insurance Company, Hartford Accident and Indemnity Company and New England Reinsurance Corporation | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein<br>225 Liberty Street<br>36th Floor<br>New York NY 10281 | jbernstein@mdmc-law.com | First-Class Mail and Email |
| Counsel to Peter D. Protopapas, the Court Appointed Receiver for the Insurance Assets of Asbestos Corporation Limited | Morgan, Lewis & Bockius LLP | Attn: Jason R. Alderson<br>101 Park Avenue<br>New York NY 10178-0060 | jason.alderson@morganlewis.com | First-Class Mail and Email |
| Office of the United States Trustee for Region 2 William K. Harrington, as United States Trustee | Office of the United States Trustee for Region 2 | Attn: Andrew D. Velez-Rivera<br>Alexander Hamilton U.S. Custom House<br>One Bowling Green, Room 534<br>New York NY 10004 | andy.velez-rivera@usdoj.gov | First-Class Mail and Email |
| Counsel to the Petitioner Raymond Chabot Inc., in its capacity as Proposed Foreign Representative | Orrick, Herrington & Sutcliffe LLP | Attn: Daniel A. Rubens, Michael Trentin, David Litterine-Kaufman, Jenna MacDonald Busche<br>51 West 52nd Street<br>New York NY 10019 | drubens@orrick.com<br>mtrentin@orrick.com<br>dlitterinekaufman@orrick.com<br>jmacdonaldbusche@orrick.com | Email |
| Counsel to the Debtor | Orrick, Herrington & Sutcliffe LLP | Attn: Michael Trentin Evan C. Hollander, Daniel A. Rubens, Jenna MacDonald Busche<br>51 West 52nd Street<br>New York NY 10019 | mtrentin@orrick.com<br>echollander@orrick.com<br>drubens@orrick.com<br>jmacdonaldbusche@orrick.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Accredited Insurance (Europe) Limited (as successor in interest to Baltica-Skandinavia Insurance Company); Ageas Insurance Limited; AGF International; Alliance Assurance Company Limited (Aviation); American Home Assurance Company; Argonaut Northwest Insurance Company; Assicurazioni Generali S.p.A. UK Branch; Axa Belgium SA; Axa Global Risks (previously Avia France); Axa Insurance PLC; Axa Insurance UK PLC; Axa Liabilities Managers UK; Baloise Insurance Limited, Bothnia International Insurance Company Ltd.; La Préservatrice C.A. d'assurances A.I.R.D.; Britamco Pool; British Aviation Insurance Company Limited; British Law Insurance Company Limited; British Reserve Insurance Company Limited; Brittany Insurance Company Limited; Cavello Bay Reinsurance Limited (as successor by merger to Harper Insurance Ltd f/k/a Turegum Ins Co); Catalina Worthing Insurance Ltd f/k/a HFPI (as Part VII Transferee of (Excess Insurance Company Ltd and/or London & Edinburgh Insurance Company Ltd as successor to London & Edinburgh General Insurance Company Ltd)); Cigna Insurance Company of Europe; Compagnie d'assurances maritimes aériennes et terrestres; Companhia de Seguros Imperio S.A.; Darag Deutschland AG, formerly known as Darag Deutsche Versicherungs-Und; Ruckversicherungs-Ag, as successor in interest to AG Insurance SA/NV, formerly known as AG de 1830 Compagnie Belge; Eagle Star Insurance Company Limited; Economic Insurance Company Limited, Norwich; Eiflow Insurance Ltd, as successor in interest to ICAROM PLC (formerly The Insurance Corporation of Ireland PLC); Generali France Assurances; Guardian Royal Exchange Assurance PLC; Hansa Marine Insurance Company (UK) Limited; Hansa Re & Marine Insurance Company (UK) Limited; Hartford Financial Products International Ltd, as Part VII transferee of London & Edinburgh Ins Co Ltd per the CF&AU Pool; HDI Global Specialty SE (formerly known as International Insurance Company of Hannover SE); Helvetia Accident Swiss Insurance Company; Allianz Suisse Insurance Company (f/k/a Helvetia-Accident Swiss Insurance Company f/k/a Gen Ins Co Helvetia Ltd); Helvetia Swiss Insurance Company (f/k/a Alba General Insurance Company Limited); Allianz Suisse Insurance Company (f/k/a Helvetia-Accident Swiss Insurance Company); Companhia de Seguros Fidelidade S.A. (f/k/a Fidelidade Insurance Company of Lisbon); Insurance Company of North America Limited; Insurance Company of North America (UK) Limited; La Préservatrice Ca d'assurances A.I.R.D. per Lennox; Lombard Continental Insurance PLC; Lombard Elizabethan Insurance PLC; Lombard Insurance Company Limited; Lombard Insurance Company (UK) Limited; London Aviation Insurance Group; London & Lancashire Insurance Company Limited; Maas Lloyd N.V. Schadeverzekeringsmaatschappij; National Casualty Company; National Casualty Company of America Limited; National Continental Insurance Company; Northern Maritime Insurance Company Limited; Phoenix Assurance Public Limited Company; Portman Insurance Ltd; QBE Insurance Company (UK) Limited; Riverstone Insurance (UK) Limited (as successor in interest to Eagle Star Insurance Company Ltd); Riverstone Insurance (UK) Limited (as successor in interest to Iron Trades Insurance Company Ltd); Riverstone Insurance (UK) Limited (as successor in interest to Skandia UK Insurance PLC for their participation in the Orion Pool); Riverstone Insurance (UK) Limited (as successor in interest to Sphere Drake Insurance Ltd); River Thames Insurance Company Limited; River Thames Insurance Company Limited (as successor in interest to Unionamerica Insurance Company Limited, which in turn is successor to certain business of St. Katherine Insurance Company PLC); Royal Exchange Assurance; Royal Insurance PLC; Southern Insurance Company Limited; Swiss Re Specialty (UK) Limited, f/k/a Threadneedle Insurance Company Ltd; The Anglo Saxon Insurance Association; The Baloise Insurance Company Limited; The British Aviation Insurance Company Limited; The British Fire Insurance Company Limited; The Dominion Insurance Company Limited; The Home Insurance Company; The Northern Maritime Insurance Company Limited; The Sumitomo Marine & Fire Insurance Company, Limited; Uma Pool, the World Marine & General Insurance Company Ltd; The Royal Scottish Insurance Company Ltd; Trent Insurance Company Ltd; Unionamerica Insurance Company Limited (as statutory successor in interest to certain business of St. Paul Insurance Company Limited f/k/a St. Paul International Insurance Company Limited and St. Katherine Insurance Company PLC); Union Assurance de Paris; Waig; Waig 3141/05 Pool | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B. Winsberg & Anna K. MacFarlane<br>303 Peachtree Street NE<br>Suite 3600<br>Atlanta GA 30308 | hwinsberg@phrd.com<br>amacfarlane@phrd.com | First-Class Mail and Email |
| Counsel to the Receiver | Peter Protopapas | c/o Pierce Sloan Kennedy & Early<br>321 E Bay St<br>Charleston SC 29401 | | First-Class Mail |
| The Receiver | Rikard & Protopapas, LLC | Attn: Peter Protopapas<br>2110 N Beltline Blvd<br>Columbia SC 29204 | | First-Class Mail |
| Counsel to First State Insurance Company, Hartford Accident and Indemnity Company and New England Reinsurance Corporation | Ruggeri Parks Weinberg LLP | Attn: James P. Ruggeri, Joshua D. Weinberg & Annette P. Rolain<br>1875 K Street NW<br>Suite 800<br>Washington DC 20006 | jruggeri@ruggerilaw.com<br>jweinberg@ruggerilaw.com<br>arolain@ruggerilaw.com | First-Class Mail and Email |
| Counsel to certain Underwriters at Lloyd's of London and certain London market insurance companies | Simpson Thacher & Bartlett LLP | Attn: Alan C. Turner, David Zylberberg<br>425 Lexington Avenue<br>New York NY 10017 | david.zylberberg@stblaw.com<br>aturner@stblaw.com | First-Class Mail and Email |
| Stikeman Elliott LLP | Stikeman Elliott LLP | Attn: Nathalie Nouvet<br>1155 René-Lévesque Blvd West<br>41st Floor<br>Montréal QC H3B 3V2 Canada | nnouvet@stikeman.com | First-Class Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Accredited Insurance (Europe) Limited (as successor in interest to Baltica-Skandinavia Insurance Company); Ageas Insurance Limited; AGF International; Alliance Assurance Company Limited (Aviation); American Home Assurance Company; Argonaut Northwest Insurance Company; Assicurazioni Generali S.p.A. UK Branch; Axa Belgium SA; Axa Global Risks (previously Avia France); Axa Insurance PLC; Axa Insurance UK PLC; Axa Liabilities Managers UK; Baloise Insurance Limited, Bothnia International Insurance Company Ltd.; La Préservatrice C.A. d'assurances A.I.R.D.; Britamco Pool; British Aviation Insurance Company Limited; British Law Insurance Company Limited; British Reserve Insurance Company Limited; Brittany Insurance Company Limited; Cavello Bay Reinsurance Limited (as successor by merger to Harper Insurance Ltd f/k/a Turegum Ins Co); Catalina Worthing Insurance Ltd f/k/a HFPI (as Part VII Transferee of (Excess Insurance Company Ltd and/or London & Edinburgh Insurance Company Ltd as successor to London & Edinburgh General Insurance Company Ltd)); Cigna Insurance Company of Europe; Compagnie d'assurances maritimes aériennes et terrestres; Companhia de Seguros Imperio S.A.; Darag Deutschland AG, formerly known as Darag Deutsche Versicherungs-Und; Ruckversicherungs-Ag, as successor in interest to AG Insurance SA/NV, formerly known as AG de 1830 Compagnie Belge; Eagle Star Insurance Company Limited; Economic Insurance Company Limited, Norwich; Eiflow Insurance Ltd, as successor in interest to ICAROM PLC (formerly The Insurance Corporation of Ireland PLC); Generali France Assurances; Guardian Royal Exchange Assurance PLC; Hansa Marine Insurance Company (UK) Limited; Hansa Re & Marine Insurance Company (UK) Limited; Hartford Financial Products International Ltd, as Part VII transferee of London & Edinburgh Ins Co Ltd per the CF&AU Pool; HDI Global Specialty SE (formerly known as International Insurance Company of Hannover SE); Helvetia Accident Swiss Insurance Company; Allianz Suisse Insurance Company (f/k/a Helvetia-Accident Swiss Insurance Company f/k/a Gen Ins Co Helvetia Ltd); Helvetia Swiss Insurance Company (f/k/a Alba General Insurance Company Limited); Allianz Suisse Insurance Company (f/k/a Helvetia-Accident Swiss Insurance Company); Companhia de Seguros Fidelidade S.A. (f/k/a Fidelidade Insurance Company of Lisbon); Insurance Company of North America Limited; Insurance Company of North America (UK) Limited; La Préservatrice Ca d'assurances A.I.R.D. per Lennox; Lombard Continental Insurance PLC; Lombard Elizabethan Insurance PLC; Lombard Insurance Company Limited; Lombard Insurance Company (UK) Limited; London Aviation Insurance Group; London & Lancashire Insurance Company Limited; Maas Lloyd N.V. Schadeverzekeringsmaatschappij; National Casualty Company; National Casualty Company of America Limited; National Continental Insurance Company; Northern Maritime Insurance Company Limited; Phoenix Assurance Public Limited Company; Portman Insurance Ltd; QBE Insurance Company (UK) Limited; Riverstone Insurance (UK) Limited (as successor in interest to Eagle Star Insurance Company Ltd); Riverstone Insurance (UK) Limited (as successor in interest to Iron Trades Insurance Company Ltd); Riverstone Insurance (UK) Limited (as successor in interest to Skandia UK Insurance PLC for their participation in the Orion Pool); Riverstone Insurance (UK) Limited (as successor in interest to Sphere Drake Insurance Ltd); River Thames Insurance Company Limited; River Thames Insurance Company Limited (as successor in interest to Unionamerica Insurance Company Limited, which in turn is successor to certain business of St. Katherine Insurance Company PLC); Royal Exchange Assurance; Royal Insurance PLC; Southern Insurance Company Limited; Swiss Re Specialty (UK) Limited, f/k/a Threadneedle Insurance Company Ltd; The Anglo Saxon Insurance Association; The Baloise Insurance Company Limited; The British Aviation Insurance Company Limited; The British Fire Insurance Company Limited; The Dominion Insurance Company Limited; The Home Insurance Company; The Northern Maritime Insurance Company Limited; The Sumitomo Marine & Fire Insurance Company, Limited; Uma Pool, the World Marine & General Insurance Company Ltd; The Royal Scottish Insurance Company Ltd; Trent Insurance Company Ltd; Unionamerica Insurance Company Limited (as statutory successor in interest to certain business of St. Paul Insurance Company Limited f/k/a St. Paul International Insurance Company Limited and St. Katherine Insurance Company PLC); Union Assurance de Paris; Waig; Waig 3141/05 Pool | Stradley Ronon Stevens & Young LLP | Attn: Marc E. Haas<br>100 Park Avenue<br>Suite 2000<br>New York NY 10017 | mhaas@stradley.com | First-Class Mail and Email |
| Counsel to Allstate Insurance Company | Windels Marx Lane & Mittendorf, LLP | Attn: Anthony F. Sirianni, Jr.<br>One Giralda Farms<br>Madison NJ 07940 | asirianni@windelsmarx.com | First-Class Mail and Email |