**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 15 |
| Asbestos Corporation Limited,[1] | ) ) ) | Case No. 25-10934 (MG) |
| Debtor in a Foreign Proceeding. | ) ) |  |

**ORDER (I) GRANTING CERTAIN LONDON MARKET INSURERS'
MOTION FOR AN ORDER GRANTING PERMISSION TO REDACT EXHIBITS TO
RECOGNITION HEARING; AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion") of Certain Underwriters at Lloyd's, London and certain London market insurance companies ("CLMI")[2] for entry of an order (this "Order") (i) authorizing CLMI to submit the Redacted Exhibits into the record as exhibits used at the Recognition Hearing and (ii) granting related relief; and after due deliberation,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein without prejudice to the United States Trustee seeking to unseal the Redacted Exhibits.

2. Pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1, CLMI are authorized to file the Redacted Exhibits; *provided, however*, that

---

[1] The Debtor in this chapter 15 case, along with its unique identifier, is Asbestos Corporation Limited (Canadian Federal Business Number: 104903273RC0001). The Debtor has a registered and business address in Canada of 840 Boul. Ouellet, Thetford Mines, QC G6G 7A5, Canada.

[2] Certain London market insurance companies consist of: The Scottish Lion Insurance Company Ltd.; Tenecom Ltd. (as successor to Winterthur Swiss Insurance Company formerly known as Accident & Casualty Insurance Company of Winterthur, Switzerland), Yasuda Fire and Marine Insurance Company (UK) Limited and now known as Tenecom Ltd; The Ocean Marine Insurance Company Limited (as successor to liabilities of Commercial Union Assurance Company Limited, The Edinburgh Assurance Company, The Indemnity Marine Assurance Company Limited, The Northern Assurance Company Limited, The Road Transport & General Insurance Company Limited, United Scottish Insurance Company Limited, and The Victoria Insurance Company Limited); and NRG Victory Reinsurance Limited as successor to liabilities of New London Reinsurance Company Limited.

unredacted copies of the Redacted Exhibits have been provided on a strictly confidential basis to the Asbestos Parties and the Foreign Representative.

3. The Asbestos Parties and the Foreign Representative shall keep the sealed portions of the Redacted Documents confidential, and CLMI will dispose of confidential information at the conclusion of this case.

4. The unredacted version of the Redacted Exhibits shall not be made available to any party without the sealing party's consent, and may not be filed on the public docket and upon closure the clerk's office is directed to dispose of all hard copies and electronic storage devices.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. CLMI are authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

7. This Order is without prejudice to the rights of any party in interest, or the U.S. Trustee, to seek to unseal the Redacted Exhibits or any part thereof.

8. The requirements set forth in Local Rules 9013-1(b) and 9018-1 are satisfied.

9. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Order.

IT IS SO ORDERED.

Dated: October 21, 2025
      New York, New York

                                                /s/Martin Glenn
                                                MARTIN GLENN
                                      Chief United States Bankruptcy Judge