**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Asbestos Corporation Limited,[1] | Case No. 25-10934 (MG) |
| Debtor in a Foreign Proceeding. | |

**ORDER TO SHORTEN NOTICE WITH RESPECT TO**
**CLMI'S MOTION FOR AN ORDER ENFORCING THE BANKRUPTCY STAY**

1.  Upon the motion, dated May 10, 2026 (the "Motion to Shorten") of Certain

Underwriters at Lloyd's, London and certain London market insurance companies ("CLMI"),[2] by

and through their undersigned counsel, for entry of an order shortening the time for notice of the

hearing to consider CLMI's Motion for an Order Enforcing the Bankruptcy Stay (the "Motion")

pursuant to section 105 of title 11 of the United States Code (the "Bankruptcy Code") and Rules

2002 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and 9013-

1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York

(the "Local Rules"); and the Court having jurisdiction to consider the Motion to Shorten and the

relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334, and the Amended Standing

Order of Reference dated January 31, 2012, Reference M-431, In re Standing Order of Reference

---

[1] The Debtor in this chapter 15 case, along with its unique identifier, is Asbestos Corporation Limited (Canadian Federal Business Number: 104903273RC0001). The Debtor has a registered and business address in Canada of 840 Boul. Ouellet, Thetford Mines, QC G6G 7A5, Canada.

[2] Certain London market insurance companies consist of: The Scottish Lion Insurance Company Ltd.; Tenecom Ltd. (as successor to Winterthur Swiss Insurance Company formerly known as Accident & Casualty Insurance Company of Winterthur, Switzerland), Yasuda Fire and Marine Insurance Company (UK) Limited and now known as Tenecom Ltd; The Ocean Marine Insurance Company Limited (as successor to liabilities of Commercial Union Assurance Company Limited, The Edinburgh Assurance Company, The Indemnity Marine Assurance Company Limited, The Northern Assurance Company Limited, The Road Transport & General Insurance Company Limited, United Scottish Insurance Company Limited, and The Victoria Insurance Company Limited); and NRG Victory Reinsurance Limited as successor to liabilities of New London Reinsurance Company Limited.

Re: Title 11, 12 Misc. 00032 (S.D.N.Y. Feb. 2, 2012) (Preska, C.J.); and consideration of the

Motion to Shorten and the relief requested therein being a core proceeding pursuant to 28 U.S.C.

§ 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

due and proper notice of the Motion to Shorten having been provided, and such notice having been

adequate and appropriate under the circumstances, and it appearing that no other or further notice

need be provided; and this Court having reviewed the Motion to Shorten; and upon any hearing

held on the Motion to Shorten; and all objections, if any, to the Motion to Shorten having been

withdrawn, resolved, or overruled; and this Court having determined that the legal and factual

bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and it

appearing that the relief requested in the Motion to Shorten is in the best interests of the Debtors,

their estates, their creditors, and all parties in interest; and upon all of the proceedings had before

this Court and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT

1.  The Motion to Shorten is granted to the extent set forth herein.

2.  A Zoom hearing on the Motion shall be held on **May 11, 2026 at 4:00 PM (ET)**
    (Prevailing Eastern Time) before the Honorable Martin Glenn, Chief United States
    Bankruptcy Judge (the "Hearing"),

3.  The Hearing will be conducted virtually by Zoom for Government®. See Chief Judge
    Glenn's chambers page on the Court website for information on how to make an
    eCourtAppearance and the link to do so: https://www.nysb.uscourts.gov/content/chief-
    judge-martin-glenn. Click on the eCourtAppearances tab to make your appearance for
    the Hearing. Please note that appearances must be entered by [**9:00 a.m. (Prevailing
    Eastern Time) the day of the Hearing**].

4.  Any responses or objections to the Motion must be filed and served at or before the Hearing.

5.  CLMI shall serve a copy of this Order and the Motion to Shorten by email or overnight mail on the persons and entities set forth in the Motion to Shorten, which service shall constitute good and sufficient notice thereof.

6.  This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: May 10, 2026
       New York, New York

_____/s/ Martin Glenn_____

THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE