ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Telephone: 212 506-5145
Facsimile: 212 505-5151
Evan C. Hollander
Daniel A. Rubens
David Litterine-Kaufman
Michael Trentin
*Counsel for the Petitioner*
*Raymond Chabot Inc., in its capacity as*
*Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re | ) | Chapter 15 |
| | ) | |
| Asbestos Corporation Limited, [1] | ) | Case No. 25-10934 (mg) |
| | ) | |
| Debtor in a Foreign Proceeding. | ) | |
| | ) | |

**JOINDER OF THE FOREIGN REPRESENTATIVE TO CLMI'S MOTION FOR AN**
**ORDER ENFORCING THE BANKRUPTCY STAY**

Raymond Chabot Inc., the foreign representative (the "**Foreign Representative**") of the

above-captioned debtor, Asbestos Corporation Limited (the "**Debtor**" or "**ACL**"), a debtor in a

proceeding under Canada's Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36, as

Amended, pending before the Superior Court of Québec, by and through its undersigned counsel,

submits this joinder to *CLMI's Motion for an Order Enforcing the Bankruptcy Stay* (the "**Mo-**

**tion**").[2]

---

[1] The Debtor in this chapter 15 case, along with its unique identifier, is Asbestos Corporation Limited (Canadian Federal Business Number: 104903273RC0001). The Debtor has a registered and business address in Canada of 840 Boul. Ouellet, Thetford Mines, QC G6G 7A5, Canada.

[2] Capitalized terms used but not defined herein shall have the meaning assigned to such terms in the Motion.

4127-0180-6184.3

The Foreign Representative supports the enforcement of this Court's Recognition Order

and Stay Order being sought by CLMI's Motion.

Dated: New York, New York
May 10, 2026

ORRICK, HERRINGTON & SUTCLIFFE LLP


By: */s/ Evan C. Hollander*
Evan C. Hollander

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5145
Facsimile: (212) 506-5151
Daniel A. Rubens
David Litterine-Kaufman
Michael Trentin

*Counsel for the Petitioner*
*Raymond Chabot Inc., in its capacity as*
*Foreign Representative*

2

4127-0180-6184.3